# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-51445
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 20, 2017

Lyle W. Cayce
Clerk

In the Matter of: WILFRED SHEPPARD

    Debtor

WILFRED SHEPPARD,

    Appellant

v.

ARCELIA LOVE,

    Appellee

Appeals from the United States District Court
for the Western District of Texas
USDC No. 6:16-CV-169

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM:*

    Wilfred Sheppard appeals the bankruptcy court's ruling that a debt he owes his sister—a million dollar state court judgment she obtained in a dispute about a real estate partnership—is not dischargeable. Sheppard's failure to

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-51445

provide the district court or this court with a transcript of the bankruptcy court's oral ruling prevents him from demonstrating any factual error. *In re Foster*, 644 F. App'x. 336, 338 (5th Cir. 2016). He also cannot challenge the validity of the state court default judgment in this bankruptcy proceeding. *See In re Reitnauer*, 152 F.3d 341, 343-44 (5th Cir. 1998). His other arguments were either not raised below or are unavailing. AFFIRMED.